# Court of Appeals
# of the State of Georgia

ATLANTA,  November 20, 2019

*The Court of Appeals hereby passes the following order:*

**A20A0171. DANIEL IYEKEKPOLOR v. ZACHARY MULLINS.**

This case was docketed by this Court on August 12, 2019.  The appellant's brief and enumeration of errors were due on September 3, 2019.  As of the date of this order, appellant still has not filed a brief and enumeration of errors and has not requested an extension of time in which to do so.  Accordingly, pursuant to Court Rules 13 and 23(a), this appeal is deemed abandoned and hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  11/20/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*